*Attorney General Olney* and *Beatrice Rosenberg* for the United States. .
.

No. 285, Misc. GIARRATANO *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 292, Misc. SHAWVER *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 293, Misc. PETERS *v.* NEW YORK. Supreme Court of New York, Appellate Division, Third Judicial Department. Certiorari denied.

No. 300, Misc. WILLIAMS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 301, Misc. IVERS *v.* NEW YORK. County Court of Otsego County, New York. Certiorari denied.

No. 302, Misc. NORRIS *v.* SMYTH, SUPERINTENDENT OF VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 304, Misc. ALLEN *v.* SMYTH, SUPERINTENDENT OF VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 305, Misc. GANTT ET AL. *v.* SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied. *J. Ralph Gasque* for petitioners. 
.

No. 306, Misc. MEYERS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.